# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| **LES CHRISTOPHER BURNS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:18CV00073 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CHRISTOPHER LEE COOK, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

It appearing proper, it is **ORDERED** the Motion for Extension of Time to File Response, ECF No. 16, by Defendant Ashley Neese, is GRANTED and said defendant is granted an extension to file a response to the Amended Complaint to and including November 26, 2018.

ENTER: October 9, 2018

/s/ *James P. Jones*
United States District Judge